**92–937.** State v. Leaders. *Erie County*, No. E–90–61.

WRIGHT, J., dissents.

RESNICK, J., not participating.

**92–942.** State v. Files. *Hamilton County*, No. C–910519.

**92–945.** Lucas v. Prose. *Franklin County*, No. 91AP–917.

HOLMES and WRIGHT, JJ., dissent.

**92–949.** Ohio Cas. Ins. Co. v. Natl. Gen. Ins. Co. *Mahoning County*, No. 91 C.A. 00006.

**92–952.** Savoie v. Grange Mut. Cas. Co. *Holmes County*, No. CA–450. On motion and cross-motion to certify the record. Motions denied.

HOLMES, DOUGLAS and RESNICK, JJ., dissent.

**92–957.** Thompson v. CPC Group, Gen. Motors Corp. *Richland County*, No. CA–2875.

DOUGLAS, J., dissents.

**92–962.** Tober v. Kaiser Found. Hosp. *Cuyahoga County*, No. 59730.

WRIGHT, J., dissents.

**92–966.** Long v. Hamel. *Franklin County*, No. 91AP–1078.

**92–982.** Hart v. Oxford Bd. of Housing Appeals. *Butler County*, No. CA91–07–0133.

**92–983.** State v. Ellwood. *Hamilton County*, No. C–910277.

**92–987.** Dion v. State Farm Mut. Auto. Ins. Co. *Defiance County*, No. 4–91–14.

**92–989.** State ex rel. Celebrezze v. Natl. Lime & Stone Co. *Wyandot County*, No. 16–91–7.

DOUGLAS and WRIGHT, JJ., dissent.

**92–996.** Countrymark, Inc. v. Hertz–Penske Truck Leasing, Inc. *Defiance County*, No. 4–91–13.

HOLMES and H. BROWN, JJ., dissent.

## REHEARING DOCKET

**91–374.** State v. Rojas. *Hamilton County*, No. C–880332. Reported at 64 Ohio St.3d 131, 592 N.E.2d 1376. On motion for rehearing. Rehearing denied.

**92–93.** In re Wuliger. Reported at 63 Ohio St.3d 1459, 590 N.E.2d 753. On motion for rehearing. Rehearing denied.

DOUGLAS, J., dissents.

**92–142.** State v. Bernard. *Cuyahoga County*, No. 59452. Reported at 63 Ohio St.3d 1423, 587 N.E.2d 304. On motion for rehearing. Rehearing denied.

**92–290.** Youngstown v. Teague. *Mahoning County*, No. 90 C.A. 114. Reported at 64 Ohio St.3d 1408, 592 N.E.2d 846. On motion for rehearing. Rehearing denied.

**92–301.** Brotherton v. Cleveland. *Hamilton County*, No. C–910111. Reported at 64 Ohio St.3d 1416, 593 N.E.2d 6. On motion for rehearing. Rehearing denied.

H. BROWN and RESNICK, JJ., dissent.

**92–384.** State v. Chinn. *Montgomery County*, No. CA 11835. Reported at 64 Ohio St.3d 1412, 593 N.E.2d 3. On motion for rehearing. Rehearing denied.

**92–453.** Stelma v. Juguilon. *Cuyahoga County*, Nos. 60584, 60600 and 60645. Reported at 64 Ohio St.3d 1408, 592 N.E.2d 846. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**92–486.** Nelson v. Forman. *Cuyahoga County*, No. 60169. Reported at 64 Ohio St.3d 1407, 592 N.E.2d 845. On motion for rehearing. Rehearing denied.

**92–571.** McCarthy v. Groszewski. *Lucas County*, No. L–91–199. Reported at 64 Ohio St.3d 1402, 591 N.E.2d 1246. On motion for rehearing. Rehearing denied.